# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D18-259

_____

MONTRELL D. GREEN,

    Appellant,

v.

FLORIDA DEPARTMENT OF
CORRECTIONS,

    Appellee.

_____

On appeal from the Circuit Court for Leon County.
James O. Shelfer, Judge.

August 1, 2019

PER CURIAM.

    AFFIRMED.

MAKAR, WINOKUR, and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Montrell D. Green, pro se, Appellant.

Ashley Moody, Attorney General, and Elizabeth M. van den Berg, Assistant Attorney General, Tallahassee, for Appellee.